LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

DAVID M. KRINSKY
(202) 434-5338
dkrinsky@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 27, 2025

By Email

Kate DeHoff
General Counsel and Corporate Secretary
Joby Aviation, Inc.

            Re:      Patent Licensing Opportunity

 Dear Ms. DeHoff:

        We write on behalf of our client, Urban Aeronautics Limited ("UAL"). UAL is the assignee of a portfolio of patents related to aerospace technologies, including U.S. Patent No. 7,946,528 ("the '528 Patent"). These patents are the result of years of pioneering research by Dr. Raphael Yoeli.

        It has come to our attention that Joby Aviation's aircraft use technology that may relate to Dr. Yoeli's work and intellectual property. Joby Aviation is currently working to develop and market at least the model S4, S4 2.0, JAS4-1 and SHy4 aircraft, which incorporate a number of safety features to allow safe landing in the event of a flight system subcomponent failure. While it appears that Joby Aviation's development is ongoing, this work appears to have culminated in what became U.S. Patent No. 11,827,347.

        Dr. Yoeli constructed UAL's first flying vehicle in the living room of his apartment and completed his first test flight in 2003. Since that time, UAL, led by Dr. Yoeli, has worked to solve many of the problems that are inherent in multi-rotor flying vehicle designs. One challenge that UAL worked to overcome was maintaining controllability and allowing a safe landing of the aircraft in the event of a subsystem failure. UAL and Dr. Yoeli solved this problem by developing a novel system that would allow the aircraft to operate at reduced power and performance sufficient to allow a safe emergency landing to be completed.  This system is described and claimed in the '528 Patent, among others. Joby Aviation appears to have incorporated this technology into at least the Joby Aviation S4, S4 2.0, JAS4-1 and SHy4 aircraft. The attached claim chart reflects apparent similarities between the Joby Aviation S4, S4 2.0, JAS4-1 and SHy4 and claim 1 of the '528 patent. While this chart is provided for illustration purposes, it is evident that Joby Aviation's aircraft systems fall under many other claims of the '528 Patent.

Exhibit B to Complaint

WILLIAMS & CONNOLLY LLP·

June 27, 2025
Page 2

In this regard, we wanted to draw your attention to *Urban Aeronautics Limited v. Shenzhen DJI Sciences and Technologies Ltd.*, Civil No. 2:24-cv-00903 (E.D. Tex.).

We write to explore whether Joby Aviation is open to discussing a license to UAL's patent portfolio. If so, we ask that you contact us by July 31, 2025.

Sincerely,

David M. Krinsky

Attachment

Exhibit B to Complaint

**Exemplary Claim Chart
U.S. Patent 7,946,528**

**Sources:**

- U.S. Patent No. 11,827,347 ("the '347 Patent")
- U.S. Patent Application Publication No. 2024/0300660 (U.S. Patent Application 18/667,566) ("the '660 Application)
- Federal Aviation Administration, Airworthiness Criteria: Special Class Airworthiness Criteria for the Joby Aero, Inc. Model JAS4-1 Powered-Lift, 89 FR 17230 ("Joby Aero Airworthiness Criteria")
- Joby Aviation S4 2.0 (pre-production prototype), Electric VTOL News, https://evtol.news/joby-s4/ (last visited May 7, 2025)

| Claim 1 | |
|---|---|
| **Claim Language** | **Joby S4, S4 2.0, JAS4-1 and SHy4 Features** |
| **1(pre)** An aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails, said system comprising: | The S4, S4 2.0, JAS4-1 and SHy4 aircraft contain an aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails. As one write-up of Joby Aviation's technology explains:<br><br>• Safety features: Distributed Electric Propulsion (DEP), provides safety through redundancy for its passengers and/or cargo. DEP means having multiple propellers (or ducted fans) and motors on the aircraft so if one or more propellers (ducted fans) or motors fail, the other working propellers (or ducted fans) and motors can safely land the aircraft. There are also redundancies of critical components in the sub-systems of the aircraft. The aircraft can also land like an airplane if necessary and has reserve battery power if there is an unexpected delayed when landing.<br><br>Joby Aviation S4 2.0 (pre-production prototype), Electric VTOL News, https://evtol.news/joby-s4/ (last visited May 7, 2025)<br><br>The S4, S4 2.0, JAS4-1 and SHy4 aircraft are specifically designed to have a flight control system with redundancies that are able to maintain continued, but degraded, flight control in the event of a failure. For example, Joby's patent and patent applications describe these aircraft's ability to maintain control in the event of a motor failure: |

Exhibit B to Complaint



**FIG. 5**

The '347 Patent, Fig. 5; The '660 Application, Fig. 5

Additionally, the Federal Aviation Authority's Airworthiness criteria require that "[t]he aircraft must be capable of a controlled emergency landing, following a condition when the aircraft can no longer provide the commanded power or thrust required for continued safe flight and landing, by gliding or autorotation, or an equivalent means to mitigate the risk of loss of power or thrust." Joby Aero Airworthiness Criteria at 17253.

| 1(a) a plurality of pilot controlled input sensors associated with each of a plurality of degrees of freedom in aircraft flight movement; | The S4, S4 2.0, JAS4-1 and SHy4 aircraft's flight control systems contain a plurality of pilot controlled input sensors, each of which is associated with each of a plurality of degrees of freedom in aircraft flight movement. |
|---|---|

| | |
|---|---|
| | The S4, S4 2.0, JAS4-1 and SHy4 aircraft each have a flight control system that includes a "flight computer 111 of the control system" that "receives flight commands 114 from the mission computer 112 and from the pilot 113." '347 Patent, 7:45-49.<br><br>As further described in the '347 patent, the flight control system accepts flight commands from the pilot:<br><br><br><br>**FIG. 9**<br><br>The '347 Patent, Fig. 9; The '660 Application, Fig. 9 |
| **1(b)** a plurality of aircraft flight control actuators associated with each of the plurality of degrees | The S4, S4 2.0, JAS4-1 and SHy4 aircraft's flight control systems contain a plurality of aircraft flight control actuators associated with each of the plurality of degrees of freedom in aircraft flight movement. |

Exhibit B to Complaint

| of freedom in aircraft flight movement; | The S4, S4 2.0, JAS4-1 and SHy4 aircraft have actuators that are used to move the rotors as well as the flight control surfaces. For example, the Joby aircraft have "rotor deployment mechanisms 242 (nacelle tilt actuators) which are used to deploy and stow the rotors" and "surface actuators 257 used to position various control surfaces on the airplane." The '347 Patent, 6:35-61.<br><br>As further described in the '347 patent, the flight control system contains numerous actuators that are associated with the degrees of freedom in aircraft flight movement:<br><br><br><br>The '347 Patent, Fig. 7; *see also* the '660 Application, Fig. 7 (similar) |
|---|---|

Exhibit B to Complaint

| | |
|---|---|
| **1(c)** a plurality of aircraft flight state sensors associated with each of a plurality of aircraft flight state conditions including at least altitude and speed; | The S4, S4 2.0, JAS4-1 and SHy4 aircraft's flight control systems contain a plurality of aircraft flight state sensors associated with each of a plurality of aircraft flight state conditions including at least altitude and speed.<br><br>The S4, S4 2.0, JAS4-1 and SHy4 aircraft have a flight control system that includes a redundant "flight critical sensor suite" that collects and communicates flight data, including at least altitude and speed.<br><br><br><br>The '347 Patent, Fig. 9; The '660 Application, Fig. 9 |

| | |
|---|---|
| **1(d)** the plural control subsystems, each having at least one control computer subsystem connected to:<br><br>(a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom,<br><br>(b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and<br><br>(c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom; | The S4, S4 2.0, JAS4-1 and SHy4 aircraft's flight control systems contain plural control subsystems, each having at least one control computer subsystem connected to: (a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom, (b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and (c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom.<br><br>As discussed above, in at least sections 1(a)-(c), the S4, S4 2.0, JAS4-1 and SHy4 aircraft's flight control systems have subsystems having pilot controlled input sensors, flight state sensors, and flight control actuators.<br><br>The flight control systems have control subsystems that each have one or more "flight" and "mission" computers that "receive inputs from a flight critical sensor suite," receive "flight commands . . . from the pilot," and control the actuators. The '347 Patent, 6:42-57, 7:45-56.<br><br>As further described in the '347 patent, the flight control system contains control computers that receive data from the pilot controlled input sensors and flight state sensors (avionics) and provide outputs to the flight control actuators: |

Exhibit B to Complaint



The '347 Patent, Fig. 7; *see also* the '660 Application, Fig. 7 (similar)

| | |
|---|---|
| **1(e)** said inputs and outputs to the control computer subsystem of each of said plural control subsystems being selected such that a catastrophic and complete failure of any one of said plural control subsystems causes continued control power over | The S4, S4 2.0, JAS4-1 and SHy4 aircraft contain an aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails.  As one write-up of Joby Aviation's technology explains: |

Exhibit B to Complaint

| | |
|---|---|
| critical aircraft flight parameters by remaining unfailed ones of said plural control subsystems, degraded to less than 100% of total available control power, but sufficient to permit controlled aircraft descent to a landing. | • Safety features: Distributed Electric Propulsion (DEP), provides safety through redundancy for its passengers and/or cargo. DEP means having multiple propellers (or ducted fans) and motors on the aircraft so if one or more propellers (ducted fans) or motors fail, the other working propellers (or ducted fans) and motors can safely land the aircraft. There are also redundancies of critical components in the sub-systems of the aircraft. The aircraft can also land like an airplane if necessary and has reserve battery power if there is an unexpected delayed when landing. |

Joby Aviation S4 2.0 (pre-production prototype), Electric VTOL News, https://evtol.news/joby-s4/ (last visited May 7, 2025)

The S4, S4 2.0, JAS4-1 and SHy4 aircraft are specifically designed to have a flight control system with redundancies that are able to maintain continued, but degraded, flight control in the event of a failure. For example, Joby's patent and patent applications describe these aircraft's ability to maintain control in the event of a motor failure:



FIG. 5

The '347 Patent, Fig. 5; The '660 Application, Fig. 5

| | Additionally, the Federal Aviation Authority's Airworthiness criteria require that "[t]he aircraft must be capable of a controlled emergency landing, following a condition when the aircraft can no longer provide the commanded power or thrust required for continued safe flight and landing, by gliding or autorotation, or an equivalent means to mitigate the risk of loss of power or thrust." Joby Aero Airworthiness Criteria at 17253. |
|---|---|

Exhibit B to Complaint