Benjamin C. Deming (SBN 233687)
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, TX 75204
(214) 799-1145
bdeming@dnlzito.com

*Attorneys for Plaintiff*
*Urban Aeronautics, Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URBAN AERONAUTICS, LTD.,<br>Plaintiff,<br>v.<br>JOBY AVIATION, INC., and JOBY AERO, INC.,<br>Defendants. | Case No.:3:26-cv-6139-SK<br>**CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Urban Aeronautics, Ltd.
- Tactical Robotics Ltd.
- Metro Skyways Ltd.

July 3, 2026

Respectfully submitted,

*/s/ Benjamin C. Deming*
Benjamin C. Deming (233687 CA)
DNL ZITO
3232 McKinney Avenue, #500
Dallas, Texas 75204

214-799-1145
bdeming@dnlzito.com

Joseph J. Zito (*pro hac vice* to be filed)
DNL ZITO
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff*